UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

|  |  |
|---|---|
| KALINA L. WRIGHT,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Commissioner of<br>Social Security,<br><br>        Defendant. | No. CV 21-03007 PVC<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO

THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($2,800.00) subject to the

terms of the stipulation.

DATE: December 6, 2021

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

-1-